**STATE of Missouri, Respondent,**

v.

**Michael L. MILLER, Appellant.**

**No. WD 62583.**

Missouri Court of Appeals,
Western District.

March 23, 2004.

Kent Denzel, Assistant State Public Defender Office, Columbia, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Andrea Kaye Spillars, Leslie E. McNamara, Assistant Attorneys General, Jefferson City, for Respondent.

Before LISA WHITE HARDWICK, Presiding Judge, PAUL M. SPINDEN, Judge, and THOMAS H. NEWTON, Judge.

**ORDER**

Michael Lee Miller appeals the circuit court's judgment convicting him of assault

in the first degree. Affirmed. Rule 30.25(b).